IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE DOSTY,

    Petitioner,                      No. CIV S-08-2565 FCD EFB P

    vs.

M.C. KRAMMER,

    Respondent.                   FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner, a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 27, 2009, the court ordered petitioner to demonstrate either that the petition is not second or successive or submit evidence that the appellate court has authorized this court to consider the petition. The court cautioned petitioner that failure to comply with the order would result in a recommendation that this action be dismissed on the ground that it is a successive petition filed without authorization from the appellate court

    On June 30, 2009, petitioner responded to the court's order. His response concedes that his previous petition was dismissed as untimely. He argues, however, that the instant petition is not successive because it asserts a new ground for relief. The argument fails to address the problem. Asserting a new ground for relief does not mean that the instant petition is not

successive. As discussed in the May 27, 2009 order, petitioner is challenging the same judgment that he previously challenged and which was adjudicated on the merits, which renders the instant petition successive. *See Burton v. Stewart*, 549 U.S. 147 (2007*); see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000). Petitioner has failed to demonstrate that his petition is not second or successive. He also offers no evidence that the appellate court has authorized this court to consider a second or successive petition.

Accordingly, it is hereby RECOMMENDED that this action be dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the United States Court of Appeals for the Ninth Circuit has granted him leave to file it in this court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE